1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE KRECZ-GONDOR, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GAMESTOP CORPORATION, a Texas corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:10-cv-02976-GEB-JFM<br><br>**ORDER DISMISSING CASE** |

Morgan, Lewis & Bockius LLP
Attorneys At Law
Irvine

DB2/22087080.2                                [PROPOSED] ORDER DISMISSING CASE

Based on the Joint Stipulation of the parties, IT IS HEREBY ORDERED AS FOLLOWS:

1.  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the settlement reached by the parties that resolves any and all claims between them, the above-captioned action is hereby DISMISSED WITH PREJUDICE with respect to the individual claims of Plaintiff Michelle Krecz-Gondor ("Krecz-Gondor");

2.  The above-captioned action is hereby DISMISSED WITHOUT PREJUDICE, and without notice to the putative class, with respect to the allegations asserted by Krecz-Gondor on behalf of a putative class. Krecz-Gondor has not moved for class certification, a class has not been certified by the Court, the settlement binds only the individual plaintiff Krecz-Gondor, and the settlement does not resolve the claims, issues, or defenses of a certified class. *See* Fed. R. Civ. P. 23(e); *see also Advisory Committee Notes on 2003 Amendments to Rule 23, Subdivision (e), Paragraph (1)*; and

3.  Except as set forth in the settlement agreement entered into between the parties, each party is to bear her or its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: March 9, 2011

GARLAND E. BURRELL, JR.
United States District Judge